**1262 KEEFER vs. COMMON COUNCIL (Hillsdale), 70 M., 413.**

To compel respondent to approve of relator's bond as a retail liquor dealer.

Granted May 18, 1888.

The case involved the validity of proceedings taken under Act No. 197, Laws of 1887, to prohibit the sale of liquor, and it was held that said act was invalid, because its object was to prohibit, and that object is not expressed in the title "to regu-late." Ruled by In re Hauck, 70 M., 396.


**1263 WHITNEY ET AL. vs. TOWNSHIP BOARD OF GRAND RAP-IDS, 71 M., 234.**

To compel respondent to approve a liquor bond.

Denied July 11, 1888.

The case involved the constitutionality of Act No. 31, Laws of 1887, providing that it shall not be lawful to establish or main-tain a saloon or other place of entertainment in which intoxicat-ing liquors are sold or kept for sale, within one mile of the Sol-diers' Home.